RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *JASON ERIC JOHNSON*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:13-cr-00395-GMN-GWF |
| | ) | |
| JASON ERIC JOHNSON | ) | |
| RICKY RICARDO PLAZOLA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES AND [PROPOSED ORDER]
### (Fourth Request/Second Request Since Superseding Indictment)

**IT IS HEREBY STIPULATED and AGREED** by and between Robert Knief, Assistant United States Attorney, Richard A. Schonfeld, Esq., attorney for Defendant Jason Eric Johnson and John Spilotro, Esq., attorney for Defendant Ricky Ricardo Plazola that the parties shall have to and including February 2, 2015, within which to file Defendants' additional pretrial motions.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the parties herein, that they shall have to and including February 16, 2015, within which to file any and all responsive pleadings.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein that they shall have to and including, February 23, 2015, within which to file any and all replies to said motions.

This Stipulation is entered into for the following reasons:

1.      That Counsel for the Government filed a Superseding Indictment against the Defendants on October 28, 2014, and as a result therefrom Defendants need additional time to adequately research, prepare, and submit for filing appropriate motions and responses, taking into account the exercise of due diligence;

2.      That Counsel for Defendants are still awaiting additional discovery from the government related to the new charges;

3.      That the Government has no objection to the continuance;

4.      Denial of this request for continuance of the pretrial motions deadlines, response deadlines and trial date would deny counsel for both the government and Defendant sufficient time within which to be able to adequately research, prepare, and submit for filing appropriate motions and responses, taking into account the exercise of due diligence;

5.      Additionally, denial of this request for continuance would result in a miscarriage of justice;

6.      For all the above-stated reasons, the ends of justice would best be served by a continuance for the parties' pretrial motions and response deadlines;

///

2

7.      This is the fourth request to continue the pretrial motions on behalf of the parties, but the second since the Superseding Indictment.

8.      This stipulation will not affect the current trial date.

**DATED** this 29th day of December, 2014.

UNITED STATES ATTORNEY                    CHESNOFF & SCHONFELD


      /s/                                         /s/
ROBERT KNIEF, AUSA                        RICHARD A. SCHONFELD, ESQ.
333 Las Vegas Blvd. S.                    Nevada Bar No. 6815
Las Vegas, Nevada 89101                   520 South Fourth Street
Attorney for Plaintiff                    Las Vegas, Nevada 891001
                                          Tel: (702) 384-5563
                                          Attorney for Defendant, Jason Eric Johnson



SPILOTRO & KULLA



      /s/
JOHN SPILOTRO, ESQ.
626 South Third Street
Las Vegas, Nevada 89101
Tel: (702) 385-4994
Attorney for Defendant, Ricky Ricardo Plazola

3

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      That Counsel for the Government filed a Superseding Indictment against the Defendants on October 28, 2014, and as a result therefrom Defendants need additional time to adequately research, prepare, and submit for filing appropriate motions and responses, taking into account the exercise of due diligence;

2.      That Counsel for Defendants are still awaiting additional discovery from the government related to the new charges;

3.      That the Government has no objection to the continuance;

4.      Denial of this request for continuance of the pretrial motions deadlines, response deadlines and trial date would deny counsel for both the government and Defendant sufficient time within which to be able to adequately research, prepare, and submit for filing appropriate motions and responses, taking into account the exercise of due diligence;

5.      Additionally, denial of this request for continuance would result in a miscarriage of justice;

6.      For all the above-stated reasons, the ends of justice would best be served by a continuance for the parties' pretrial motions and response deadlines;

7.      This is the fourth request to continue the pretrial motions on behalf of the parties, but the second since the Superseding Indictment.

8.      This stipulation will not affect the current trial date.

4

## ORDER

**IT IS HEREBY ORDERED** that the parties herein shall be have to and including February 2, 2015, to file any and all pre-trial motions.

**IT IS FURTHER ORDERED** that the parties herein shall have to and including February 16, 2015, within which to file any and all responsive pleadings.

**IT IS FURTHER ORDERED** that the parties herein shall have to and including February 23, 2015, within which to file any and all replies.

IT IS SO ORDERED.

**DATED** this 2nd day of _____January_____, ____2015____.

THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

_____/s/_____
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Jason Eric Johnson

5